JCAB

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. |
| The Apple Inc., iCloud storage account of "skdef90@hotmail.com" | ) ) ) | |

**FILED**

JAN 19 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ XO DEPUTY

'17 MJ0158

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Production of Child Pornography |
| 18 U.S.C. §§ 2252 and 2252A | Distribution, Receipt, and Possession of Child Pornography |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Edward Coderes, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/19/17__

_____
*Judge's signature*

City and state: San Diego, CA

Hon. Bernard G. Skomal, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Special Agent (SA) Edward Coderes, upon being duly sworn do hereby state that the following is true to my knowledge and belief:

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) having been so employed since January 2004. I am currently assigned to the Special Agent in Charge (SAC) San Diego Office, Cyber Crimes Group within HSI in San Diego, California. I have attended and successfully completed the Criminal Investigator Training Program (CITP) and the Immigration and Customs Enforcement Special Agent Training (ICESAT) located at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA. I am currently assigned to the Internet Crimes Against Children (ICAC) task force in San Diego, California. The ICAC task force includes members of the San Diego Police Department, San Diego County Sheriff's Department, U.S. Postal Inspection Service, Federal Bureau of Investigations, Naval Criminal Investigative Service, U.S. Attorney's Office and the San Diego County District Attorney's Office As an HSI Special Agent assigned to the ICAC task force, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256).

2. I make this affidavit in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Apple Inc. (hereafter "Apple") to disclose to the government records and other information, including the contents of communications, associated with the Apple ID "skdef90@hotmail.com" that is stored at premises owned, maintained, controlled, or operated by Apple, a company headquartered at 1 Infinite Loop, Cupertino, CA, as more particularly described in Attachment A. The information

1

to be disclosed by Apple and searched by the government is evidence relating to violations of Title 18, United States Code, §§ 2251, 2252 and 2252A, as described in Attachment B.

3. This affidavit is based upon information I have gained through training and experience, as well as upon information relayed to me by other individuals, including law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known concerning this investigation but have set forth only the facts that I believe are necessary to establish probable cause.

4. Based upon the facts as set forth in this affidavit, there is probable cause to believe that the location as described in Attachment A contains evidence, contraband, instrumentalities, and fruits relating to violations of Title 18, United States Code §§ 2251, 2252 and 2252A, as described in Attachment B.

## INFORMATION REGARDING APPLE DEVICES AND iCLOUD[1]

5. Apple is a United States company that produces the iPhone, iPad, and iPod Touch, all of which use the iOS operating system, and desktop and laptop computers based on the Mac OS operating system.

6. Apple provides a variety of services that can be accessed from Apple devices or, in some cases, other devices via web browsers or mobile and desktop applications ("apps"). As described in further detail below, the services include email, instant messaging, and file storage.

7. Apple provides email service to its users through email addresses at

---

[1] The information in this section is based on information published by Apple on its website, including, but not limited to, the following document and webpages: "U.S. Law Enforcement Legal Process Guidelines," available at http://images.apple.com/privacy/docs/legal-process-guidelines-us.pdf; "Create and start using an Apple ID," available at https://support.apple.com/en-us/HT203993; "iCloud," available at http://www.apple.com/icloud/; "iCloud: iCloud storage and backup overview," available at https://support.apple.com/kb/PH12519; and "iOS Security," available at http://images.apple.com/privacy/docs/iOS_Security_Guide.pdf.

2

the domain names mac.com, me.com, and icloud.com.

8. iMessage and FaceTime allow users of Apple devices to communicate in real-time. iMessage enables users of Apple devices to exchange instant messages ("iMessages") containing text, photos, videos, locations, and contacts, while FaceTime enables those users to conduct video calls.

9. iCloud is a file hosting, storage, and sharing service provided by Apple. iCloud can be utilized through numerous iCloud-connected services, and can also be used to store iOS device backups and data associated with third-party apps.

10. iCloud-connected services allow users to create, store, access, share, and synchronize data on Apple devices or via icloud.com on any Internet-connected device. For example, iCloud Mail enables a user to access Apple-provided email accounts on multiple Apple devices and on icloud.com. iCloud Photo Library and My Photo Stream can be used to store and manage images and videos taken from Apple devices, and iCloud Photo Sharing allows the user to share those images and videos with other Apple subscribers. iCloud Drive can be used to store presentations, spreadsheets, and other documents. iCloud Tabs enables iCloud to be used to synchronize webpages opened in the Safari web browsers on all of the user's Apple devices. iWorks Apps, a suite of productivity apps (Pages, Numbers, and Keynote), enables iCloud to be used to create, store, and share documents, spreadsheets, and presentations. iCloud Keychain enables a user to keep website username and passwords, credit card information, and Wi-Fi network information synchronized across multiple Apple devices.

11. Game Center, Apple's social gaming network, allows users of Apple devices to play and share games with each other.

12. Find My iPhone allows owners of Apple devices to remotely identify and track the location of, display a message on, and wipe the contents of those devices.

3

13. Location Services allows apps and websites to use information from cellular, Wi-Fi, Global Positioning System ("GPS") networks, and Bluetooth, to determine a user's approximate location.

14. App Store and iTunes Store are used to purchase and download digital content. iOS apps can be purchased and downloaded through App Store on iOS devices, or through iTunes Store on desktop and laptop computers running either Microsoft Windows or Mac OS. Additional digital content, including music, movies, and television shows, can be purchased through iTunes Store on iOS devices and on desktop and laptop computers running either Microsoft Windows or Mac OS.

15. Apple services are accessed through the use of an "Apple ID," an account created during the setup of an Apple device or through the iTunes or iCloud services, which are accessible from both Apple devices and laptop and desktop computers. A single Apple ID can be linked to multiple Apple services and devices, serving as a central authentication and syncing mechanism.

16. An Apple ID takes the form of the full email address submitted by the user to create the account; it can later be changed. Users can submit an Apple-provided email address (often ending in @icloud.com, @me.com, or @mac.com) or an email address associated with a third-party email provider (such as Gmail, Yahoo, or Hotmail). The Apple ID can be used to access most Apple services (including iCloud, iMessage, and FaceTime) only after the user accesses and responds to a "verification email" sent by Apple to that "primary" email address. Additional email addresses ("alternate," "rescue," and "notification" email addresses) can also be associated with an Apple ID by the user.

17. Apple captures information associated with the creation and use of an Apple ID. During the creation of an Apple ID, the user must provide basic personal information including the user's full name, physical address, and telephone numbers. The user may also provide means of payment for products

4

offered by Apple. The subscriber information and password associated with an Apple ID can be changed by the user through the "My Apple ID" and "iForgot" pages on Apple's website. In addition, Apple captures the date on which the account was created, the length of service, records of log-in times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to and utilize the account, the Internet Protocol address ("IP address") used to register and access the account, and other log files that reflect usage of the account.

18. Additional information is captured by Apple in connection with the use of an Apple ID to access certain services. For example, Apple maintains connection logs with IP addresses that reflect a user's sign-on activity for Apple services such as iTunes Store and App Store, iCloud, Game Center, and the My Apple ID and iForgot pages on Apple's website. Apple also maintains records reflecting a user's app purchases from App Store and iTunes Store, "call invitation logs" for FaceTime calls, and "mail logs" for activity over an Apple-provided email account. Records relating to the use of the Find My iPhone service, including connection logs and requests to remotely lock or erase a device, are also maintained by Apple.

19. Apple also maintains information about the devices associated with an Apple ID. When a user activates or upgrades an iOS device, Apple captures and retains the user's IP address and identifiers such as the Integrated Circuit Card ID number ("ICCID"), which is the serial number of the device's SIM card. Similarly, the telephone number of a user's iPhone is linked to an Apple ID when the user signs in to FaceTime or iMessage. Apple also may maintain records of other device identifiers, including the Media Access Control address ("MAC address"), the unique device identifier ("UDID"), and the serial number. In addition, information about a user's computer is captured when iTunes is used on that computer to play content associated with an Apple ID, and information about a

5

user's web browser may be captured when used to access services through icloud.com and apple.com. Apple also retains records related to communications between users and Apple customer service, including communications regarding a particular Apple device or service, and the repair history for a device.

20. Apple provides users with five gigabytes of free electronic space on iCloud, and users can purchase additional storage space. That storage space, located on servers controlled by Apple, may contain data associated with the use of iCloud-connected services, including: email (iCloud Mail); images and videos (iCloud Photo Library, My Photo Stream, and iCloud Photo Sharing); documents, spreadsheets, presentations, and other files (iWorks and iCloud Drive); and web browser settings and Wi-Fi network information (iCloud Tabs and iCloud Keychain). iCloud can also be used to store iOS device backups, which can contain a user's photos and videos, iMessages, Short Message Service ("SMS") and Multimedia Messaging Service ("MMS") messages, voicemail messages, call history, contacts, calendar events, reminders, notes, app data and settings, and other data. Records and data associated with third-party apps may also be stored on iCloud; for example, the iOS app for WhatsApp, an instant messaging service, can be configured to regularly back up a user's instant messages on iCloud.

## INVESTIGATIVE RESULTS

21. Since at least in or about June 2012, various HSI offices, as well as other law enforcement agencies, have been investigating an online "image hosting website"[1] (the IHW) that has been used extensively by persons interested in exchanging images and/or videos depicting child pornography, to meet and become trading partners. While most of the images law enforcement has seen posted in public albums on the IHW may not constitute child pornography, often

---

[1] The "image hosting website" (the IHW) is referred to generically rather than by its name or Universal Resource Locator (URL) in order to protect the integrity of the many ongoing, as well as anticipated, investigations into other users of the same IHW.

6

evidence from the images, and/or comments posted about an album or specific images in an album (either by other individuals or the member who created the album), indicates that the particular poster or person who created the album has a sexual interest in children and that this individual's interest in the IHW lies in the ability to meet other individuals for the private trading of child pornography. A common scenario is for such a user to post, in a public album, child erotica[1] or preview pictures of children, accompanied by a sexually suggestive title or comment, and/or an invitation to contact the poster, as a way to entice or attract other individuals with a sexual interest in children. The poster's purpose is often to solicit comments on the pictures posted from like-minded individuals. Once these individuals meet on the IHW, they then agree to trade their private child pornography collections elsewhere, often by email, rather than risking trading child pornography on the IHW. Individuals on the Internet, including users of the IHW, may regularly monitor public albums on the IHW and post provocative or soliciting comments on images in specific albums related to children with the hope of obtaining information on individuals that are willing to trade child pornography.

22. The IHW allows users to establish individual accounts and categorize images posted under these accounts into albums. The user can choose to secure any particular album in his or her account with a password, or to leave the album open and accessible to the public.

23. HSI has received data associated with the IHW including information related to IHW usernames, album names and IP logs associated with IHW user accounts and IHW albums. This information was provided by the Royal Canadian Mounted Police (RCMP), which is conducting undercover investigations of certain users of the IHW.

---

[1] Child erotica refers here to visual depictions of minors that are not sufficiently sexually explicit to be considered child pornography, but that still peak the sexual interest of, and/or provide sexual gratification for individuals with a sexual interest in children.

24. One account on the IHW which came to the attention of the RCMP is an account identified by the user name "DAUGHTERLVR". The user account "DAUGHTERLVR" has six albums posted to the IHW. The albums are entitled "Teen Daughter Sleeping," "Teen daughter preview," "Teen Daughter Panties," "Teen Daughter hidden shots P4P," "From her Phone," and "First 12." The albums "Teen Daughter Preview" and "Teen Daughter Panties" were not password protected leaving the albums and their content open and readily available to the public. The albums entitled "Teen Daughter Sleeping," "Teen Daughter hidden shots P4P," and "From her Phone" were password protected.

25. The initial page of the "DAUGHTERLVR" album entitled "Teen Daughter Panties," contains the following text: "Pls comment" and contains a link to continue to the album. This album contains a series of 17 images. Several of the photos depict the same minor female subject, approximately 14 years old, wearing panties, taken from behind, with focus upon her buttocks and genital area. These photographs were taken from an angle indicating the camera was pointing from the bathroom floor up to the ceiling, suggesting they were taken by a hidden camera. Other photos depict an adult male penis, with underwear wrapped around it, in the act of masturbating. Some of the photos also showed the same adult penis ejaculating onto female panties that appear to be the same ones worn by the minor female in the other photographs in the album.

    a. One such image, entitled "IMG_4308.JPG", depicts the minor female bending forward onto the bathroom sink with the camera focused up on her buttocks area wearing only printed blue panties. These panties were the panties the adult male wrapped his penis with as shown on the other photos found on this album.

    b. Another such image, entitled "IMG_4188.JPG", depicts the same minor female in the bathroom wearing pink printed panties where the camera was again focused on the minor female's buttocks area.

8

26. The albums entitled "Teen Daughter Sleeping," "Teen Daughter hidden shots P4P," and "From her Phone" were password protected. These folders collectively contained approximately fourteen images depicting the buttocks of what appears to be a minor female, who is wearing underwear. The photographs are taken from behind, focused upon the buttocks and genital area of the female, who is lying down and who appears to be sleeping.

27. On October 18, 2016, a Constable with the RCMP observed the account of "DAUGHTERLVR" while navigating through the IHW. The constable, in an undercover capacity (hereinafter UC), contacted the IHW user "DAUGHTERLVR" through the contact email address which was associated with the account by posting a comment on his albums asking to trade. IHW user "DAUGHTERLVR" responded and sent the following message:

> That sounds hot, I have pics of my daughter I have gotten under her bedroom door and bathroom door. I am about to put up a preview folder.

28. Also on October 18, 2016, the UC received a response from "DAUGHTERLVR" with four image files attached. The body of the email is as follows:

> Very nice here are a couple as well.
> I just started taken hidden pics a few days ago, but have gotten a several good ones. Now that I know I will be getting a lot more!
> How old is she?

The images sent by "DAUGHTERLVR" were titled IMG_3641, IMG_3646, IMG_3653, and IMG_3654. All of the images depicted a single minor female. One photograph showed the minor female in the bathroom, another depicted her getting dressed in what appeared to be another room, and others depicted her sleeping on a bed. All of the photos were focused on her buttocks and genital areas from behind. To illustrate, IMG_3641 was a photo taken in the bathroom where the female was wearing only a bathing suit top and her nude buttocks were

9

exposed from behind. The photo was angled from the floor pointing up towards the ceiling of the bathroom. The photographs are similar to those found in the IHW albums posted by "DAUGHTERLVR."

29. On October 18, 2016, the conversation between the UC and "DAUGHTERLVR" continued as follows:

| UC | Elli is 14. Not mine but of wife's. Older than I like but she is good practice. I just started to take sneaky pics of her and others. Your stuff looks great. PW to Imgsrc? How old is your dtr? You have anything else. Maybe we can get better at this together ☺ |
|---|---|
| "DAUGHTERLVR" | Oh mine is 14 as well. The sleeping one is Sleep12345 and I will share other one maybe after we share more |
| "DAUGHTERLVR" | Here is one from the other folder. But they get better. If you wanna share some more cool if not that's ok too. [Attached to the email was IMG_3641 the same image of a young female with exposed buttocks] |

30. On October 20, 2016, the UC sent the following message to re-establish communication with "DAUGHTERLVR":

Need some help. I tried the under the door thing but get nothing but the end of the door or straight up to the ceiling. How do you get the good shots? You are using your phone or something else. Any tips?

"DAUGHTERLVR" responded and attached image files, IMG_3691.JPG and IMG_3693.JPG:

Well here are a couple more. But that is a good as they will get until you send some. She is a real heavy sleeper so I have been able to feel her a lot while she sleeps. I got so bold once and was able to rub my finger up and down her slit inside her panties once. She started to moan and rolled over. I was stroking with the other hand. I was beyond the point during that so when

she rolled over I shot my load all over her ass. I almost passed out it was so insane.

IMG_3693.JPG is an image focused on the buttocks and genitalize of a female wearing underwear, who appears to be lying down. An adult male's hand is touching the female's upper leg and buttocks, and his thumb is beneath the fabric of the underwear touching the female's genitalia.

31. Investigation revealed that the owner of the IHW user account "DAUGHTERLVR" was Darren Scott KEITH, in San Diego, California. On December 13, 2016, a federal search warrant was executed at KEITH's residence in San Diego, California. On the same date, KEITH, an active duty Coast Guard, was encountered and subsequently arrested at his place of work on charges of distribution of images of minors engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(2).

32. In a post-arrest interview, KEITH admitted he was the user and creator of the IHW account "DAUGHTERLVR." He also admitted that he secretly took photos of his step-daughter, a minor female, while she was in the bathroom and bedroom of his home, with his Apple iPhone, and then posted them on the IHW using his Apple iPhone under the "DAUGHTERLVR" account. KEITH also admitted to receiving child pornography files from people with whom he communicated through the IHW.

33. At the time he was arrested on December 13, 2016, KEITH admitted to agents that prior to his arrest, upon suspicion that agents were at his workplace because of the images he posted on the IHW, he did a Factory reset on his Apple iPhone, deleting all material from the phone.

34. Pursuant to the federal search warrant, KEITH's Apple MacBook Pro Laptop computer was seized and searched. On January 4, 2017, I received a forensic output DVD report for the laptop computer. The forensic output DVD indicated that the laptop computer contains child pornography files. I viewed 15

sample child erotica and pornography image files, one of which had been posted to the IHW "DAUGHTERLVR" account. The report also indicated that the primary user of this laptop computer was Darren KEITH. Furthermore, the report indicated the email account "skdef90@hotmail.com" was the email account associated with this laptop computer and KEITH's Apple ID and iCloud account.

35. On December 13, 2016, a preservation letter was submitted to Apple pursuant to 18 U.S.C. § 2703(f), requesting the preservation of all information and data associated with Apple ID skdef90@hotmail.com.

## PROCEDURES FOR ELECTRONICALLY STORED INFORMATION

36. Federal agents and investigative support personnel are trained and experienced in identifying data and communications relevant to the crimes under investigation. The personnel of Apple are not. It would be inappropriate and impractical for federal agents to search the vast computer network of Apple for the relevant accounts and then to analyze the contents of those accounts on the Apple premises. The impact on Apple's business would be severe.

37. Therefore, I request authority to seize all content, including electronic mail and attachments, stored instant messages, stored voice messages, photographs and any other content from Apple's accounts, as described in Attachment A. In order to accomplish the objective of the search warrant with a minimum of interference with the business activities of Apple, to protect the rights of the subject of the investigation and to effectively pursue this investigation, authority is sought to allow Apple to make a digital copy of the entire contents of the account(s) subject to seizure. That copy will be provided to me or to any authorized federal agent. The copy will be forensically imaged and the image will then be analyzed to identify communications and other data subject to seizure pursuant to Attachment B. Relevant data will be copied to separate media. The original media will be sealed and maintained to establish authenticity, if necessary.

38. Analyzing the data to be provided by Apple requires special technical skills, equipment and software. It also can be very time-consuming. Searching by keywords, for example, often yields many thousands of "hits," each of which must be reviewed in its context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Certain file formats do not lend themselves to keyword searches. Keywords search text. Many common electronic mail, database and spreadsheet applications, which files may have been attached to electronic mail, do not store data as searchable text. The data is saved in a proprietary non-text format. And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically.

39. Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained. The personnel conducting the segregation and extraction of data will complete the analysis and provide the data authorized by this warrant to the investigating team within 120 days of receipt of the data from the service provider, absent further application to this court.

40. Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all electronic data that identify any users of the subject account(s) and any electronic data sent or received in temporal proximity to incriminating data that provide context to the incriminating data.

41. All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification, segregation and extraction of data within the scope of this warrant.

13

## PRIOR ATTEMPTS TO OBTAIN DATA

42. The United States has attempted to obtain this data by searching KEITH's MacBook Pro, seized from his residence, to no avail. The United States has not attempted to obtain this data by any other means.

## GENUINE RISKS OF DESTRUCTION

43. Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills. In this case, a preservation letter was sent to Apple Inc. on December 13, 2016 ordering the preservation of data associated with the Apple ID account skdef90@hotmail.com. As set forth above, KEITH told agents that he did a Factory restart on his Apple iPhone, deleting all material contained on that phone, such that the data sought is not available on that device.

## CONCLUSION

44. In conclusion, based upon the information contained in this affidavit, I have reason to believe that evidence, contraband, instrumentalities, and fruits relating to violations of Title 18, United States Code §§ 2251, 2252 and 2252A, are located at the location described in Attachment A.

_[signature]_

Edward Coderes, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this ___19___ day of January 2017.

_[signature]_

**Hon. Bernard G. Skomal**
United States Magistrate Judge

14

# ATTACHMENT A
## Property to Be Searched

This warrant applies to information associated with the Apple Inc. iCloud storage account of "skdef90@hotmail.com" which is stored at the premises owned, maintained, controlled, or operated by Apple Inc., a company headquartered at Apple Inc., 1 Infinite Loop, Cuptertino, CA 95014.

# ATTACHMENT B
# ITEMS TO BE SEIZED

## I. Information to be disclosed by Apple

To the extent that the information described in Attachment A is within the possession, custody, or control of Apple, including any messages, records, files, logs, or information that have been deleted but are still available to Apple, or have been preserved pursuant to any request made under 18 U.S.C. § 2703(f), Apple is required to disclose the following information to the government, ***in unencrypted form whenever available***, for each account or identifier listed in Attachment A:

a. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers, email addresses (including primary, alternate, rescue, and notification email addresses, and verification information for each email address), the date on which the account was created, the length of service, the IP address used to register the account, account status, methods of connecting, and means and source of payment (including any credit or bank account numbers);

b. All records or other information regarding the devices associated with, or used in connection with, the account (including all current and past trusted or authorized iOS devices and computers, and any devices used to access Apple services), including serial numbers, Unique Device Identifiers ("UDID"), Advertising Identifiers ("IDFA"), Global Unique Identifiers ("GUID"), Media Access Control ("MAC") addresses, Integrated Circuit Card ID numbers ("ICCID"), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"),

International Mobile Subscriber Identities ("IMSI"), and International Mobile Station Equipment Identities ("IMEI");

c. The contents of all files and other records stored on iCloud, including all iOS device backups, all Apple and third-party app data, all files and other records related to iCloud Photo Sharing, My Photo Stream, iCloud Photo Library, images, videos, device settings, and bookmarks;

d. All activity, connection, and transactional logs for the account (with associated IP addresses including source port numbers), including iCloud logs, My Apple ID and iForgot logs, sign-on logs for all Apple services, logs associated with iOS device activation and upgrades, and logs associated with web-based access of Apple services (including all associated identifiers);

e. All records and information regarding locations where the account was accessed, including all data stored in connection with Location Services;

f. All records pertaining to the types of service used; and

g. All records pertaining to communications between Apple and any person regarding the account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I, including correspondence, records, documents, photographs, videos, applications, communications, and electronic messages that constitutes evidence, contraband, instrumentalities, and fruits relating to violations of Title 18, United States Code §§ 2251, 2252 and 2252A, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a. The identity of the person(s) who created or used the Apple ID, including records that help reveal the whereabouts of such person(s);

b. Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account

17

access, use and events relating to the crime under investigation and the account subscriber;

  c. Any data indicating when and where photographs and videos were taken and stored;

  d. Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

  e. Evidence indicating the subscriber's state of mind as it relates to the crime under investigation; and

  f. Evidence that may identify any co-conspirators or aiders and abettors for the above-listed crimes, including records that help reveal their whereabouts.